1 THOMAS HOLDEN (No. 130277)
GREENBERG TRAURIG, LLP
2 Four Embarcadero Center, Suite 3000
San Francisco, CA  94111
3 Telephone:    (415) 655-1266
Facsimile:    (415) 707-2010
4 *HoldenT@GTlaw.com*

5 Attorneys for Defendant
THE BURLINGTON
6 INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 PETER GREENBAUM,                          Case No.   16-cv-00511-RS
                                             ORDER
12        Plaintiff;                         **STIPULATION TO PERMIT CERTAIN
                                             DEPOSITIONS AFTER THE NON-EXPERT
13 v.                                        DISCOVERY CUTOFF**

14 THE BURLINGTON INSURANCE
COMPANY,
15
          Defendant.
16

17        WHEREAS, the cutoff for non-expert discovery in this matter is October 28, 2016;

18        WHEREAS, Plaintiff served Defendant with three deposition notices on September 28, 2016,

19 for the depositions of the following witnesses from The Burlington Insurance Company on October

20 12 and 13, 2016:  1) BJ Cleaver; 2) Clifford Kelly; and 3) Person(s) Most Knowledgeable from The

21 Burlington Insurance Company (the "Depositions");

22        WHEREAS, on September 29, 2016, Defendant filed a motion for summary judgment to be

23 heard on November 3, 2016;

24        WHEREAS, Defendant advised Plaintiff that Defendant intended to seek a protective order to

25 continue the Depositions until after the November 3, 2016 summary judgment hearing;

26        WHEREAS, Plaintiff's opposition to the motion for summary judgment is due on October 13,

27 2016;

28        WHEREAS, Plaintiff has objected to Defendant's request to continue the Depositions, but a

1    dispute remains over the timing of the Depositions;

2        WHEREAS, Plaintiff reserves all of its right under Federal Rule of Civil Procedure 56(d) on

3    the grounds that Plaintiff cannot present facts essential to justify its opposition without conducting

4    the Depositions; and

5        WHEREAS, there have been no previous time modifications in this case;

6        THEREFORE, the parties to this action, through their counsel of record, hereby STIPULATE

7    as follows:

8        1.  The Depositions are hereby continued until after the November 3, 2016 hearing on

9            Defendant's motion for summary judgment, or a time consistent with the Court's ruling

10           on the motion for summary judgment;

11       2.  Defendant will not object to the Depositions based on the non-expert discovery cutoff; and

12       3.  Defendant reserves all other bases on which to object to the Depositions.

13   Dated:  October 7, 2016                    GREENBERG TRAURIG, LLP

14                                              By:  _____/s/ Thomas Holden_____
15                                                        Thomas Holden

16                                              Attorneys for Defendant
                                                THE BURLINGTON INSURANCE
17                                              COMPANY

18

19   Dated:  October 10, 2016                   MILES & WESTBROOK

20

21                                              By:  _____/s/ Brian B. Miles_____
                                                          Brian B. Miles
22
                                                Attorneys for Plaintiff
23                                              PETER GREENBAUM

24

25   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26   Dated:  October _11_, 2016

27                                              _____
                                                         Richard Seeborg
28                                                  United States District Judge

STIPULATION TO PERMIT CERTAIN DEPOSITIONS AFTER DISCOVERY CUTOFF
SV 347028301v1