THOMAS HOLDEN (No. 130277)
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA  94111
Telephone:    (415) 655-1266
Facsimile:    (415) 707-2010
*HoldenT@GTlaw.com*

Attorneys for Defendant
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GREENBAUM, | Case No.   16-cv-00511-RS |
| Plaintiff; | **STIPULATION TO EXTEND THE EXPERT DISCOVERY CUT-OFF; [PROPOSED] ORDER** |
| v. | |
| THE BURLINGTON INSURANCE COMPANY, | |
| Defendant. | |

WHEREAS, Defendant's rebuttal expert disclosure is due on March 2, 2017;

WHEREAS, the cut-off date for expert discovery in this matter is currently March 7, 2017;

WHEREAS, the parties' expert witnesses are not available for deposition until after March 7, 2017;

WHEREAS, Defendant's motion for summary judgment is scheduled for hearing on March 16, 2017;

WHEREAS, the parties agree that it would be mutually beneficial to conduct expert depositions in April 2017;

WHEREAS, there has been one previous time modification in this case, in that the Court approved a stipulation to take certain depositions after the non-expert discovery cut-off, but that stipulation was later mooted by the Court continuing Defendant's motion for summary judgment to permit some of those depositions;

WHEREAS, no other deadlines will be affected by extending the expert discovery cut-off;

THEREFORE, the parties to this action, through their counsel of record, hereby STIPULATE as follows:

Defendant shall take the deposition of plaintiff's expert witness, David Frangiamore, in Phoenix, Arizona, on April 11, 2017;

Plaintiff shall take the deposition of defendant's expert witness, Gary Selvin, at the office of Plaintiff's counsel, on April 18, 2017;

The cut-off date for expert discovery is hereby extended to April 18, 2017, to allow for these depositions, and following completion of these depositions expert discovery shall be closed.

Dated: March 1, 2017                              GREENBERG TAURIG, LLP

By:       /s/ Thomas Holden
                Thomas Holden

Attorneys for Defendant
THE BURLINGTON INSURANCE COMPANY

Dated: March 1, 2017                              MILES & WESTBROOK

By:       /s/ Brian B. Miles
                Brian B. Miles

Attorneys for Plaintiff
PETER GREENBAUM

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  __3/1_____, 2017

_____
Richard Seeborg
United States District Judge